**E-Filed 2/22/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIO SANCHEZ-BELTRAN,<br><br>Defendant. | Case Number CR 99-20106 JF<br>              C 07-2098 JF<br><br>ORDER[1] TERMINATING WITHOUT PREJUDICE DEFENDANT'S MOTION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b) |

On March 9, 2005, this Court sentenced Defendant to 384 months of imprisonment. On December 18, 2006, the Court of Appeals affirmed Defendant's conviction and sentence. Defendant subsequently filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. This Court denied the § 2255 motion on the merits, and Defendant appealed that denial. On December 9, 2009, the Court of Appeals remanded the matter to this court for the limited purpose of granting or denying a certificate of appealability. On February 22, 2010, this Court issued an order denying a certificate of appealability.

---

[1] This disposition is not designated for publication in the official reports.

1     On February 3, 2010, Defendant filed a motion to compel the government to move for a
2 reduction in sentence pursuant to Federal Rule of Criminal Procedure 35(b).  That motion is
3 outside the scope of the appellate court's remand.  Accordingly, Defendant's Rule 35(b) motion
4 will be terminated without prejudice for lack of subject matter jurisdiction.  *See United States v.*
5 *Sadler*, 480 F.3d at 932, 941 (9th Cir. 2007) ("Once a notice of appeal is filed, the district court
6 loses jurisdiction over a case.").

**ORDER**

8     Defendant's motion to compel the government to move for a reduction in sentence
9 pursuant to Federal Rule of Criminal Procedure 35(b) is TERMINATED WITHOUT
10 PREJUDICE for lack of subject matter jurisdiction.

14 DATED: 2/22/2009

                                                    _____
                                                    JEREMY FOGEL
                                                    United States District Judge

This Order has been served upon the following persons:

John Norman Glang, John.Glang@usdoj.gov
Tracey.Andersen@usdoj.gov

Lucio Sanchez-Beltran
99347-011
FCI-Talladega
PMB 1000
Talladega, AL 35160

Lucio Sanchez-Beltran
99347-011
FCI-Bennettsville
P.O. Box 52020
Bennettsville, SC 29512